## PENNSYLVANIA COAL AND COKE COMPANY *v.* CASSATT.

CERTIORARI TO THE CIRCUIT COURT OF APPEALS FOR THE THIRD CIRCUIT.

No. 284.   Argued October 28, 29, 1907.—Decided December 2, 1907.

Decided on authority of preceding case.
150 Fed. Rep. 48, reversed.

THIS case was argued simultaneously with, and by the same counsel as, No. 283.[1]

MR. CHIEF JUSTICE FULLER: For the reasons given in the preceding case the judgment is reversed, and the cause remanded with a direction to dismiss the writ of error.

—————

[1] *Webster Coal & Coke Co.* v. *Cassatt, ante*, p. 181.